UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

MUNISING PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

Case No. 2:25-cv-125

HON. JANE M. BECKERING

**ORDER**

    Plaintiff filed this Complaint on June 2, 2025 (ECF No. 1). In her Complaint, Plaintiff indicates that she will file the "appropriate motion to formally permit her to proceed through a pseudonym, if necessary and requested by this court" (*id.* at PageID.2).

    The Federal Rules of Civil Procedure require that a complaint "name all the parties." FED. R. CIV. P. 10(a); *see also Citizens for a Strong Ohio v. Marsh*, 123 F. App'x 630, 636 (6th Cir. 2005) ("[p]laintiffs are permitted to proceed under pseudonyms only under certain circumstances that justify an exception to this rule") (citing *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004)). Failure to obtain court approval to proceed anonymously deprives the court of jurisdiction to hear the matter. *See Marsh*, 123 F. App'x at 636–37 ("Failure to seek permission to proceed under a pseudonym is fatal to an anonymous plaintiff's case, because … the federal courts lack jurisdiction over the unnamed parties"). Accordingly:

    **IT IS HEREBY ORDERED** that Plaintiff will, <u>not later than June 18, 2025</u>, either amend her Complaint to properly identify her legal name or file a motion to proceed under a pseudonym.

**IT IS FURTHER ORDERED** that in the event Plaintiff elects to file a motion to proceed under a pseudonym, Plaintiff shall serve the motion on Defendants and file Proof of Service of the same.

Dated: June 3, 2025                                          /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                            United States District Judge