UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

MUNISING PUBLIC SCHOOLS, et al.,

    Defendants.
_____/

Case No. 2:25-cv-125

HON. JANE M. BECKERING

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 6). Despite being ordered to serve a copy of the motion on Defendants and file a proof of service (*see* ECF No. 5 at PageID.25), no such proof of service has been filed. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff shall, not later than <u>July 18, 2025</u>, serve a copy of the Motion to Proceed Under Pseudonym (ECF No. 6) on Defendants and file a proof of service.

**IT IS FURTHER ORDERED** that Defendants shall, <u>not later than fourteen (14) days after service of the Motion</u>, file their response to the Motion to Proceed Under Pseudonym (ECF No. 6).

Dated: July 11, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge