UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE,

      Plaintiff,                        Case No. 2:25-cv-00125-JMB-MV

v.                                  Hon. Jane M. Beckering

MUNISING PUBLIC SCHOOLS, et al.,

      Defendants.
_____/

## ORDER

On July 11, 2025, this Court ordered Defendants to file their response to Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 6) not later than 14 days after service (Order, ECF No. 8). Defendants were served on July 11, 2025 (Proof of Service, ECF No. 9), yet a review of the docket indicates no response filed by Defendants. Accordingly, Defendants shall, not later than Friday, August 8, 2025, file their response.

IT IS SO ORDERED.

Dated: August 4, 2025                        /s/ Jane M. Beckering
                                                   JANE M. BECKERING
                                                   United States District Judge