UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JANE DOE,

      Plaintiff,

                                         Case No. 2:25-cv-125

v.

                                         HON. JANE M. BECKERING

MUNISING PUBLIC SCHOOLS, et al.,

      Defendants.

_____/

## ORDER

      Pending before the Court is Plaintiff's Motion to Proceed Under Pseudonym (ECF No. 6), which Defendants do not oppose (ECF No. 12).  Having reviewed the submissions and upon good cause shown,

      **IT IS HEREBY ORDERED** that the Motion to Proceed Under Pseudonym (ECF No. 6) is GRANTED, and Plaintiff is permitted to maintain this action using a pseudonym.

      **IT IS FURTHER ORDERED** that the parties shall, not later than August 26, 2025, file a Stipulation and proposed Protective Order for the Court's review to govern how Plaintiff's identity will be provided to Defendant and any others to whom disclosure is reasonably necessary during this litigation.

Dated:  August 21, 2025

                                       /s/ Jane M. Beckering
                                       JANE M. BECKERING
                                       United States District Judge