UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JANE DOE,

        Plaintiff,

v.

MUNISING PUBLIC SCHOOLS, et al.,

        Defendants.

_____/

Case No. 2:25-cv-125

Hon. Jane M. Beckering
U.S. District Judge

## ORDER

**IT IS HEREBY ORDERED:**

Once Plaintiff has filed a Corrected Complaint to remove Plaintiff's full name, the original complaint (ECF No. 1) shall be STRICKEN from the docket.

IT IS FURTHER ORDERED that Defendants will not be required to file an answer to the corrected complaint.

Dated: August 27, 2025　　　　　　/s/ *Maarten Vermaat*
　　　　　　　　　　　　　　　　MAARTEN VERMAAT
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE